374 A.2d 975

**TEMPLE UNIVERSITY OF the COMMONWEALTH SYSTEM OF HIGHER EDUCATION, Appellant**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Jan. 10, 1977.

Decided July 8, 1977.

Matthew M. Strickler, Peter Platten, Ballard, Spahr, Andrews & Ingersoll, Philadelphia, for appellant.

Darius G. C. Moss, Barry A. Roth, Asst. Attys. Gen., L. P. McGinley, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM:

Appeal dismissed as improvidently allowed.

JONES, former C. J., did not participate in the conderation or decision of this case.